UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESUS NUNEZ,

        Petitioner,

    v.

J. GASTELLO, Warden,

        Respondent.

Case No. 16-00417 EJD (PR)

**ORDER OF TRANSER**

Petitioner, a state prisoner at the California Men's Colony in San Luis Obispo, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his state sentence out of Sacramento County. Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). Here, Petitioner is challenging his conviction out of Sacramento County, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Therefore, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

**Dated:**   5/20/2016

EDWARD J. DAVILA
United States District Judge

Order of Transfer
PRO-SE\EJD\HC.16\00417Nunez_transfer